

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>LIZ STANTON A/K/A ELIZABETH STANTON, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-04927<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LIZ STANTON A/K/A ELIZABETH STANTON the above process on the 4 day of February, 2018, at 1:32 o'clock, PM, at 6129 TORRESDALE AVENUE PHILADELPHIA, PA 19135, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: <u>ARUARO- REFUSED LAST NAME</u>
Relationship/Title/Position: <u>SPOUSE</u>
Remarks: _____
Description: Approximate Age <u>36-40</u>  Height <u>5'8</u>  Weight <u>170</u>  Race <u>HISPANIC</u>  Sex <u>MALE</u>  Hair <u>BLACK</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>Pa</u>        )
                                      ) SS:
County of <u>Berks</u>                 )

Before me, the undersigned notary public, this day, personally, appeared _<u>Shannon Beckier</u>_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this <u>12</u> day of <u>Feb</u>, 20<u>18</u>.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

File Number: USA-175335
Case ID #: 5103160