**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Chambers of Judge Wendy Beetlestone**
**3809 U.S. Courthouse**
**601 Market Street**
**Philadelphia, Pennsylvania 19106**

March 9, 2018

**REBECCA ANN SOLARZ**
KML LAW GROUP PC
701 MARKET ST SUITE 5000
PHILADELPHIA, PA 19106

RE:   Civil Action No. 17-4927 United States of America v. Liz Stanton a/k/a Elizabeth Stanton

Dear Ms. Solarz:

      A review of the Court's records show that service of the Complaint has not been made in the above-captioned action with respect to defendant.

      In order to eliminate a delay in bringing this case to trial, service must be made by **March 23, 2018** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.   Proof of service must be filed with the Clerk of Court within five days of service or by **March 30, 2018**.   If service is not made within the time set forth above, the Court will dismiss the Complaint without prejudice for lack of prosecution.

      Very truly yours,

/s/ A. Wilson
A. M. Wilson
Civil Deputy Clerk to the
Honorable Wendy Beetlestone

cc:   all counsel of record